JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dana Anticouni, et al., ) | CASE NO.SACV 08-277-JVS(ANx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL UPON |
| ) | SETTLEMENT OF CASE |
| v. ) | |
| ) | |
| Garden Grove Unified School ) | |
| District., et al., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: September 30, 2008

_____
James V. Selna
United States District Judge